Floyd W. Bybee, #012651
**BYBEE LAW CENTER, PLC**
2473 S. Higley Road
Suite 104-308
Gilbert, AZ  85295-3023
Office: (480) 756-8822
Fax: (480) 302-4186
floyd@bybeelaw.com

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| **Jason Powell,** | No.  CV 2010-1440-PHX-NVW |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| **I.C. System, Inc.,** | |
| Defendant. | |

    Plaintiff, by and through counsel, hereby gives notice that Plaintiff and Defendant have reached a settlement in this case, and will be filing a stipulation of dismissal within thirty (30) days.

/ / /

/ / /

DATED   August 6, 2010  .

s/ Floyd W. Bybee
Floyd W. Bybee, #012651
**BYBEE LAW CENTER, PLC**
2473 S. Higley Road
Suite 104-308
Gilbert, AZ  85295-3023
Office: (480) 756-8822
Fax: (480) 302-4186
floyd@bybeelaw.com

Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

The undersigned certifies that on   August 6, 2010  , a copy of this document was electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

   Randy Kingery
   **RENAUD COOK DRURY**
    **MESAROS, PA**
   One North Central, Suite 900
   Phoenix, AZ 85004-4417

by   s/ Floyd W. Bybee  

- 2 -